FILED
U.S. DISTRICT COURT

2006 DEC 12 A 10: 52

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES EDWARD GUESS,

    Petitioner,

v.

VICTOR WALKER, Warden,

    Respondent.

CIVIL ACTION NO.: CV206-114

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Guess asserts that he received ineffective assistance of trial counsel, and that, but for this ineffective assistance, he would have been sentenced to fewer than forty (40) years' imprisonment. Guess also asserts that he suffers from mental disabilities which were ignored by his trial counsel and the trial court judge.

Guess' Objections do not address the Magistrate Judge's Report and are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss (Doc. No. 6) is **GRANTED**. Guess' petition for writ of habeas corpus, filed pursuant to 28 U.S.C.

AO 72A
(Rev. 8/82)

§ 2254, is **DISMISSED**.  The Clerk of Court is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

  **SO ORDERED**, this ___12___ day of ___December___, 2006.

              _____
              JUDGE, UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF GEORGIA