IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES EDWARD GUESS, :
:
        Petitioner, :
:
v. : CIVIL ACTION NO.: CV206-114
:
VICTOR WALKER, Warden, :
:
        Respondent. :

## CERTIFICATION AND ORDER
### ELIGIBILITY TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

---

**I.**    **Eligibility to proceed on appeal *in forma pauperis***

     The prisoner ostensibly seeks to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(a)(1)-(2), the prisoner **must submit** the following:

     (1)    an affidavit including a statement of the prisoner's assets and a declaration that the prisoner is unable to pay the failing fees and

     (2)    a certified copy of the trust fund account statement for the six-month period immediately preceding the filing of the notice of appeal.

Pursuant to 28 U.S.C. § 1915 and FED. R. APP. P. 24(a), this Court hereby

     ___    **GRANTS** the motion to proceed *in forma pauperis* on appeal;

     _X_    **DENIES** the motion to proceed *in forma pauperis* on appeal for the following reason(s):

AO 72A
(Rev. 8/82)

    \_\_    (1)    This Court **CERTIFIES** that the appeal is not taken in good faith because _____

    _X_    (2)    The prisoner has failed to submit the affidavit required by 28 U.S.C. § 1915(a)(1).

    _X_    (3)    The prisoner has failed to submit the trust fund account statement required by 28 U.S.C. § 1915(a)(2).

    _X_    (4)    Other:  The appeal is without merit.

## II. Installment Payment Provisions

Even if the prisoner is granted permission to proceed on appeal *in forma pauperis*, the prisoner is still required to pay the Court's filing fees. Pursuant to 28 U.S.C. § 1915 (b) (1), the prisoner is required to execute and return to the Clerk of this Court the **CONSENT FORM** which authorizes payment of the required $455.00 appellate filing fee from his or her prison account to the district court. A copy of this form is enclosed with the Petitioner's service copy of this Order.

## III. Certificate of Appealability / Probable Cause to Appeal

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right, and (if granted) the certificate must indicate which specific issue or issues satisfy this showing. In accordance with the foregoing, a Certificate of Appealability is hereby

    \_\_  **GRANTED**    _X_  **DENIED**

for the following reasons and (if granted) with respect to the following issue(s):

Applicant has not made a substantial showing of the denial of a constitutional right.

## III. Transcripts of Proceedings

    _X_    This Court will not presently require the preparation of a transcript or the payment therefor by the United States. To the extent that a transcript of any portion of the District Court proceedings is required, the Court of

2

AO 72A
(Rev. 8/82)

       Appeals may more economically direct which proceedings it requires to be transcribed.

__   The Court Reporter shall transcribe the proceedings as requested by the party proceeding *in forma pauperis* and the United States shall bear the expense.

Petitioner's Motion for Appointment of Counsel to assist him with this appeal is also **DENIED**.

**SO ORDERED**, this 11th day of January, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

3

AO 72A
(Rev. 8/82)